**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SIAH FLEMISTER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  20-1391** |
| | : | |
| **MERAKEY IDD PHILADELPHIA** | : | |

## ORDER

    **AND NOW**, this 9th day of November 2020, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 19), Plaintiff's Opposition (ECF Doc. No. 27), Defendant's Reply (ECF Doc. No. 30), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for summary judgment (ECF Doc. No. 19) is **GRANTED** as there are no genuine issues of material fact precluding judgment in Defendant's favor and the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**